IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOEL OSMIL LOZADA ARROYO

XXX-XX-4349

Debtor(s)

CASE NO. 09-08516 ESL

Chapter 13

**FILED & ENTERED ON 07/08/2011**

## ORDER AND NOTICE

A hearing is hereby scheduled for 09/07/2011 at 02:00 P.M. to consider the following:

1- Trustee's motion requesting entry of order (#70)

2- Debtor's reply (#72)

3- Amended schedule J filed by Debtor (#71)

4- Motion to dismiss filed by Trustee (#73)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 08 day of July, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR
    ROBERTO FIGUEROA CARRASQUILLO
    JOSE RAMON CARION MORALES