UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                    CASE NO. 09-08516-ESL
JOEL OSMIL LOZADA ARROYO
                                          CHAPTER 13

        DEBTOR (S)

TRUSTEE'S REPORT REGARDING THE STATUS
OF CHAPTER 13 PLAN PAYMENTS

TO THE HONORABLE COURT:

    José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very
respectfully alleges and prays:

    1. The Trustee hereby provides a report regarding the status of the Chapter
13 Plan payments in this case.

    2. As of October 24, 2011 our record of payments received in this case
reflects the following:

        - Total Paid in:        $4,500.00
        - Balance on Hand:      $0.00
        - Last Payment date:    September 14, 2011
        - Last Payment Amount:  $250.00
        - Amount in Default:    $500.00
        - Plan Date:            March 14, 2011

    3. If debtor(s) have paid an amount greater than the amount stated above,
then please provide the Office of the Chapter 13 Trustee with evidence of the
payments totaling a different amount.


    WHEREFORE, the Chapter 13 Trustee respectfully prays that this information
provided herein be taken in consideration in the pertinent proceedings before this
Honorable Court.

    I HEREBY CERTIFY that on this date I notified a true copy of this document
to the Debtor(s) to her/his/their address of record by first-class mail, and by
electronic means (CM/ECF System) to her/his/their attorney of record.

    In San Juan, Puerto Rico this Monday, October 24, 2011.


                                /s/ Nannette Godreau
                                Staff Attorney
                                JOSE R. CARRION
                                CHAPTER 13 TRUSTEE
                                P.O. Box 9023884,
                                San Juan, P.R. 00902-3884
                                Tel (787) 977-3535
                                FAX (787) 977-3550